# WHITEFORD, TAYLOR & PRESTON LLC

DANIEL A. GRIFFITH
PARTNER
DIRECT LINE (302) 357-3254
DIRECT FAX (302) 357-3274
DGriffith@wtplaw.com

THE RENAISSANCE CENTRE, SUITE 500
405 NORTH KING STREET
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

BALTIMORE, MD*
BETHANY BEACH, DE
BETHESDA, MD*
COLUMBIA, MD*
DEARBORN, MI*
FALLS CHURCH, VA
LEXINGTON, KY
ROANOKE, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

December 9, 2015

John A. Cerino
Clerk of Court
United States District Court for the District of Delaware      **15 - 1138**
J. Caleb Boggs Federal Building
844 North King St, Unit 18
Wilmington, DE 19801-3570

Re:   Expedited Review of Motion to File Complaint Under Seal

Dear Mr. Cerino,

Accompanying this letter are two copies of each of the following:

- Motion to for Leave to File Complaint Under Seal;
- Unredacted version of the Complaint sought to be sealed;
- Exhibit 1 sought to be sealed;
- Exhibit 2 sought to be sealed;
- Exhibits 3 – 52;
- Summonses for each of the Defendants; and
- Compact Disc of the above-listed files in .pdf form.

We seek to file only the Complaint and Exhibits 1 & 2 under seal. We request expedited consideration of the Motion and docketing of this action as this Complaint is relevant in the context of certain contested releases that are being considered by Judge Silverstein at a hearing in the United States Bankruptcy Court for the District of Delaware tomorrow, December 10, 2015 at 11:00 a.m. (ET).

Very truly yours,

Daniel A. Griffith
Partner

DG:cm
Enclosures

**Whiteford, Taylor & Preston LLC is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.